**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEVEN R. FARRINGTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:20-cv-04432-RMB-AMD |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Freedom Mortgage Corporation ("Freedom") submits the following Corporate Disclosure Statement and states as follows: Freedom is a privately held corporation. Freedom has no parent corporation, and no publicly held company owns more than 10% of Freedom's stock.

Respectfully submitted,

Dated: May 26, 2020

/s/Joshua M. Link

Joshua M. Link
N.J. Attorney No. 019802011
**DINSMORE & SHOHL LLP**
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
Tel: (610) 408-6020
Fax: (610) 408-6021
E-mail: joshua.link@dinsmore.com

*Attorney for Defendant*
*Freedom Mortgage Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEVEN R. FARRINGTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:20-cv-04432-RMB-AMD |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Freedom Mortgage Corporation ("Freedom") submits the following Corporate Disclosure Statement and states as follows: Freedom is a privately held corporation. Freedom has no parent corporation, and no publicly held company owns more than 10% of Freedom's stock.

Respectfully submitted,

Dated: May 26, 2020

/s/Joshua M. Link
Joshua M. Link
N.J. Attorney No. 019802011
**DINSMORE & SHOHL LLP**
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
Tel: (610) 408-6020
Fax: (610) 408-6021
E-mail: joshua.link@dinsmore.com

*Attorney for Defendant*
*Freedom Mortgage Corporation*

## CERTIFICATE OF SERVICE

I, Joshua M. Link, Esq., hereby certify that on this date I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served upon all counsel of record via the Court's CM/ECF system.

Dated: May 26, 2020

/s/Joshua M. Link
Joshua M. Link, Esq.