**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN R. FARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 20-4432 (KMW-AMD) <br><br> **OPINION AND ORDER** |

WILLIAMS, United States District Judge:

THIS MATTER having come before the Court on the Motion for Reconsideration of the Order on the Motion for Summary Judgment filed by Defendant Freedom Mortgage Corporation; and

THE COURT NOTING that motions for reconsideration are governed by Local Civil Rule 7.1. The Rule provides that motions for reconsideration shall be served and filed within 14 days after the entry of the order or judgment on the original motion. L. Civ. R. 7.1 (i); and

THE COURT FINDING that here, the Court entered its Order (ECF No. 102) on the Motions for Summary Judgment on October 31, 2022. Defendant's Motion for Reconsideration was filed on November 23, 2022, more than 14 days following the entry of the Court's Order. As such, Defendant's Motion is untimely and, thus, it is denied.

For these reasons,

IT IS this **7th** day of **December, 2022,** hereby

**ORDERED** that Defendant's Motion for Reconsideration is DENIED.

/KAREN M. WILLIAMS
United States District Judge