AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

_____ DISTRICT OF _____ NEW JERSEY

STEVEN R. FARRINGTON,

          Plaintiff

JUDGMENT IN A CIVIL CASE

v.

FREEDOM MORTGAGE CORPORATION,

          Defendant

CASE NO.   20-4432 (KMW-AMD)

**X**   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that a JUDGMENT be entered in favor of Steven R. Farrington and against Freedom Mortgage Corporation in the amount of $3,522,000.00 without costs.

Date:   12/19/2023

_____
KAREN M. WILLIAMS
United States District Judge