UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEVEN R. FARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 20-4432 KMW-AMD<br><br>**ORDER** |

This matter having come before the Court on Defendant's motion for judgment as a matter of law or in the alternative, to alter or amend judgment and/or for a new trial ("Motion") (ECF No. 196). This Court having considered the motion, Plaintiff's opposition (ECF No. 205), Defendant's reply (ECF No. 210), and Plaintiff's sur-reply (ECF Nos. 211, 212), and for the reasons expressed in the accompanying opinion,

**IT IS** on this **17th** day of **May 2024**, hereby

**ORDERED** that Defendant's Motion for Judgment as a Matter of Law or in the Alternative, to Alter or Amend Judgment and/or for a New Trial (ECF No. 196) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendant's request for remittitur as to the jury's Breach of Contract damages award is **DENIED**; and it is further

**ORDERED** that Defendant's request for remittitur as to the jury's Consumer Fraud Act damages award is **GRANTED**, and the award is reduced to $167,601.85; and it is further

**ORDERED** that the remitted amount of the jury's award is trebled to $502,805.55; and it is further

**ORDERED** that Defendant's Motion for a New Trial is **CONDITIONALLY GRANTED** solely as to the damages awarded under the Consumer Fraud Act claim, if Plaintiff refuses to accept the remittitur of Consumer Fraud Act damages to $167,601.85.

KAREN M. WILLIAMS
United States District Judge