UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEVEN R. FARRINGTON, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | |
| v. | Civil Action |
| | No. 20-04432 KMW-AMD |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | **ORDER** |

**THIS MATTER** comes before the Court by way of plaintiff Steven R. Farrington's ("Plaintiff") Motion for Attorney Fees and Costs pursuant to L.Civ.R. 54.2; N.J.S.A. 56:8-19; and 12 U.S.C. § 2605(f)(3) (ECF No. 198); defendant Freedom Mortgage Corporation's ("Defendant") Opposition thereto (ECF No. 224); and Plaintiff's Reply (ECF No. 227). For the reasons set forth in the Opinion of even date; and for good cause shown;

**IT IS** this 25 day of **September**, 2024 hereby

**ORDERED** that Plaintiff's Motion for Attorney Fees and Costs is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiff shall be awarded $451,248.70 in attorneys' fees for services rendered through January 31, 2024;

2. Plaintiff shall be awarded $54,245.40 in attorneys' fees for post-trial services through the date of this Order;

3. Plaintiff shall be awarded $11,472.50 in costs.

KAREN M. WILLIAMS
United States District Judge