**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

STEVEN R. FARRINGTON,

       Plaintiff,

  v.

FREEDOM MORTGAGE CORPORATION,

       Defendant.

Case No.: 1:20-CV-04432 (KMW-AMD)

## ACKNOWLEDGMENT OF SATISFACTION OF AMENDED JUDGMENT AND FEES AND COSTS ORDER, AND STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on October 18, 2024, following arm's-length negotiations, the parties in the above-captioned action (the "Action") agreed to settle the Action and resolve it and the related appeal and cross-appeal with prejudice and without costs.

IT IS THEREFORE STIPULATED AND AGREED, by and on behalf of Plaintiff Steven R. Farrington ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Defendant"), by their respective undersigned counsel, that Plaintiff acknowledges the adequate satisfaction of the following:  (a) the Judgment in a Civil Case entered on December 19, 2023 (ECF No. 183), as amended by the Order entered on May 17, 2024 (ECF No. 218) and Farrington's acceptance of remittitur on May 31, 2024 (ECF No. 221); and (b) the Order entered on September 25, 2024 with respect to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 230); and

IT IS FURTHER STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and on behalf of Plaintiff and Defendant, by their respective undersigned counsel, that the Action is dismissed with prejudice and with each party bearing his or its own fees or costs.

Dated: October 30, 2024

Respectfully submitted,

FLITTER MILZ, P.C.

_s/ Andrew M. Milz_
Cary L. Flitter
Andrew M. Milz
Jody Thomas Lopez-Jacobs
1814 East Rt. 70, Suit 350
Cherry Hill, NJ 08003
Tel.: (856) 596-0600

RAMOS LAW

Matthew R. Osborne (_pro hac vice_)
10190 Bannock Street, Suite 200
Northglenn, CO 80260
Tel.:  (303) 733-6353

_Counsel for Plaintiff Steven R. Farrington_


DUANE MORRIS LLP

_s/ Brad D. Feldman_
Brad D. Feldman
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Tel: (856) 874-4293

DINSMORE & SHOHL LLP

John J. Berry (_pro hac vice_)
1300 Six PPG Place
Pittsburgh, PA 15222
Tel:  (412) 281-5000

Adam M. Settle
100 Berwyn Park
850 Cassatt Road, Suite 110
Berwyn, PA 19312
Tel.:  (610) 408-6020

_Counsel for Defendant_
_Freedom Mortgage Corporation_

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN R. FARRINGTON,<br>                                 Plaintiff,<br><br>                    vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br>                                 Defendant. | CIVIL ACTION<br><br>NO. 20-cv-4432-KMW-AMD<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on October 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record. Said document is available for viewing and downloading from the ECF system.

Dated:   10/30/2024

*/s/Andrew M. Milz*
ANDREW M. MILZ
Attorney for Plaintiff